# EXHIBIT A



# Associate Handbook

April 2016

*Capstone Logistics, LLC. All Rights Reserved*
*This Handbook may not be reproduced or duplicated without written approval of Capstone Logistics, LLC.*
*Revised April 2016*

## Cash Handling Policy

Capstone entrusts certain Associates with the handling of company assets, such as cash and checks. Any Capstone position that will be responsible for the collection or distribution of cash, making charges to a company credit card or credit account will be subject to an investigative consumer report.

Each Associate that is allowed to make financial decisions that will affect Capstone or collect money on behalf of Capstone is expected to follow procedures created to protect Capstone.

Failure to follow Cash Handling Procedures, secure and make daily deposits into a Capstone bank account or conducting fraudulent charges on any Capstone line of credit will be grounds for disciplinary action, up to and including termination.

## Cash Handling Procedures

This is standard operating procedure for cash handling at Capstone.

- Lead, supervisor, or manager will receive money (cash or check) from truck drivers for services rendered.
- Each lead or supervisor collecting money during the shift is responsible for its safe keeping.
- If no management is on site at the end of the shift all receipts and money are to be placed in the safe.
- At the completion of a shift the site manager will count the money by dock with the lead/supervisor present to verify the count as correct. This is repeated for every lead/supervisor at the site. A lead/supervisor must not leave the site until their money has been verified with the manager.
- The Manager will prepare the money for the deposit.
- Bank deposits are to be made daily and logged on the Capstone Intranet daily.

Making the bank deposit:
- Bank deposits are expected to be made daily and posted daily on Capstone Intranet
- When posting your deposit on Capstone Intranet ALWAYS post what your deposit receipt states. Post the correct amount and deposit date.
- List your site number and site name on your deposit ticket
- Take the yellow copy of the deposit ticket with you to verify it against the receipt you receive from the bank.
- Money collected for a shortage from a previous day, previous week or for a returned check is to be made as a separate deposit.

Failure to follow these procedures or falsifying the amount of deposit made in the Capstone Intranet will be cause for disciplinary action, up to and including termination.

## Company Property and Product Damages

1. Damage to Property: We have made a significant investment in our facilities and equipment to better serve our partners and to make your job easier. Deliberate reckless or careless damage to the Company's or our partners' property will not be tolerated. If appropriate, damage to property will be reported to law enforcement agencies.

2. Damages to Product: The Company holds the right to require reimbursement from any Associate for damages done to client or Company property or product through payroll deduction, to the extent allowed by State and Federal law.

In the event of an Associate's separation of employment from Capstone, the Associate agrees to return all property/equipment in good condition and without damage.

Execution of this policy is at the discretion of Capstone Logistics LLC Management.

## Computer and Electronic Devices

Capstone requires an **Internal and Electronic Communication Policy** to accomplish its business objectives in a secure and timely manner. Instituting such a policy demonstrates the commitment Capstone has to safeguard corporate information and assets. That commitment must extend from every individual involved in business operations. Computers, computer files, the e-mail system, and software furnished to Associates are the property of Capstone and are intended for business use. Associates should not use an unauthorized password, access a file, or retrieve any stored communication without authorization.

**All data on information systems at Capstone is classified as proprietary information, including the Capstone Intranet System.**

**All data stored on Associates personal devices- otherwise known as BYOD-(Bring Your Own Device) will adhere to the Internal and Electronic Communication Policy.**

Any attempt to circumvent Capstone security controls on Capstone assets or BYOD devices is strictly prohibited.

Unauthorized use, destruction, modification, and/or distribution of Capstone information or information systems is strictly prohibited.

Associates may only use software in accordance with the applicable software license agreement. Capstone prohibits the illegal duplication of software and its related documentation.

All Capstone information systems will be subject to monitoring and auditing at all times. Users acknowledge that they have no expectation of privacy with regard to their activity on Capstone information systems.

Capstone strives to maintain a workplace that is free of harassment and sensitive to the diversity of its Associates. Therefore, Capstone prohibits the use of computers and the e-mail system in ways that are discriminatory, harassing, defamatory, or otherwise prohibited by federal or state law. For example, the display or transmission of sexually explicit images, messages, and cartoons is not allowed.

Associates should notify their immediate supervisor, the IT Department, a member of management or our **Speak Up Hotline at 855-607-8699** upon learning of violations of Capstone's policy. Associates who violate this policy will be subject to disciplinary action, up to and including termination.

E-mail accounts are provided to eligible Associates of Capstone to conduct work-related activities.

All e-mail on the Capstone information systems, including personal e-mail, is the property of Capstone. This includes email and company data stored on company issued devices or Associate owned devices. As such, all e-mail can and may be periodically monitored. E-Mail is archived and stored for a period of 7 years.

Capstone discourages/prohibits the downloading of software from the Internet because of significant risk of infecting Capstone systems with a virus and the unreliability of such downloaded software. All Capstone information systems will be subject to periodic inventory and inspection for compliance. Applications which were not authorized will be removed from Capstone assets. BYOD's found to contain infected/unauthorized applications will be blocked from Capstone Network access until the issue can be resolved.

While at work either in an office or within our Customers/Partners' locations, Associates are expected to exercise the same discretion in using personal cellular phones as is expected for the use of land line phones. Excessive personal calls/ text messaging/ instant messaging during the workday, regardless of the device used, can interfere with an Associate's productivity and can be distracting to others. We ask that you limit personal calls during work time to emergency situations only. Capstone will not be liable for the loss of personal cellular phones brought into the workplace.

The following devices are prohibited in accordance with Customer/Partner policies and apply to any Associate working on the property of any of our Partners: MP3 players, including IPod's, cellular phone earpiece/hands

free device, including Bluetooth, or portable speakers, any type of recording equipment including audio, video and digital.

Associates working in the Corporate Office are not prohibited from using the devices mentioned above as long as their use does not cause distraction to themselves or to others. The prohibiting of the use of these devices is at Management's discretion. The use of streaming audio (internet radio stations) is prohibited.

Where job or business needs demand immediate access to an Associate, Capstone may issue a company-owned cell phone and or blackberry to an Associate for work-related communications. Associates are expected to protect the equipment from loss, damage or theft. Upon resignation or termination of employment, or at any time upon request, the Associate may be asked to produce the phone and or Blackberry for return or inspection. Capstone reserves the right to monitor devices that have access to company data.

Associates whose job responsibilities include regular or occasional driving and who are issued a cell phone for business use are expected to refrain from using their phone while driving. States are now making illegal the use of cell phone devices without certain approved equipment, Capstone is not responsible for any violations of these laws while performing business duties. Associates are required to pull off to the side of the road and safely stop the vehicle before placing or accepting a call.

## Confidentiality and Inventions

This policy summarizes an Associate's responsibilities as they relate to confidentiality and inventions. The objective of the policy is to further the interests of Capstone and to permit Capstone to comply with its obligations, including those to its licensors and actual and prospective Customers/Partners and others to whom Capstone may have similar obligations regarding confidentiality and inventions.

### Confidentiality

Capstone Customers/Partners and other parties with whom Capstone does business entrust Associates of Capstone Logistics with important information relating to their businesses. It is Capstone's policy that all information considered confidential will not be disclosed to external parties or to Associates without a "need to know." If there is a question of whether certain information is considered confidential, the Associate should first check with his/her immediate supervisor. This policy is intended to alert Associates to the need for discretion with respect to confidential and proprietary business information, and is not intended to inhibit normal business communications.

### Inventions

By accepting employment, an Associate agrees that Capstone will own inventions which, in its opinion:

1. Are made/developed on Company time or with Company assets

2. Relate to Capstone's business

3. Are required to meet its obligations

4. Research and development is funded by Capstone

The Associate will assist Capstone in perfecting and protecting its title to these inventions/intellectual properties.

Associates often have access to confidential, secret and proprietary information and must use and/or disclose information learned or acquired through their association with Capstone only for the performance of their jobs.

Particular care must be taken to keep confidential any information of possible value to competitors or potentially damaging to Customers/Partners and their competitors, or information received under an express or implied secrecy obligation or information received from third parties.