**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

CAPSTONE LOGISTICS HOLDINGS, INC.;
CAPSTONE LOGISTICS, LLC; PINNACLE
WORKFORCE LOGISTICS, L.L.C.,

                        Plaintiffs,

      -against-

PEDRO NAVARRETE; DAVID POFFENBERGER;
STEVEN WILLIS; MARIO ROJAS; HUMANO, LLC,

                        Defendants.

------------------------------------------------------------ x

**MEMORANDUM DECISION AND ORDER**

17 Civ. 4819 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is scheduled for January 28, 2021 at 9:45 a.m.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge