UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CAPSTONE LOGISTICS HOLDINGS, INC.,
CAPSTONE LOGISTICS, LLC, and PINNACLE
WORKFORCE LOGISTICS, L.L.C.,

                            Plaintiffs,

   -against-

PEDRO NAVARRETE, DAVID
POFFENBERGER, STEVEN WILLIS, MARIO
ROJAS, and HUMANO, LLC,

                          Defendants.

------------------------------------ x

ORDER

17 Civ. 4819 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Second Circuit's Summary Order (ECF No. 477), Plaintiffs are ordered to submit a proposed Permanent Injunction Order by January 4, 2021. Defendants' opposition, if any, shall be filed no later than January 18, 2021.

Dated: December 14, 2020
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE