**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CAPSTONE LOGISTICS HOLDINGS, INC.;
CAPSTONE LOGISTICS, LLC; PINNACLE
WORKFORCE LOGISTICS, L.L.C.,

                           Plaintiffs,

      -against-

PEDRO NAVARRETE; DAVID POFFENBERGER;
STEVEN WILLIS; MARIO ROJAS; HUMANO, LLC,

                          Defendants.

------------------------------------- x

ORDER

17 Civ. 4819 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close ECF Nos. 444, 446, 456, 457, 459, and 462.

    These motions were resolved on the record at the January 28, 2021 pretrial conference.

Dated: January 28, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE