UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CAPSTONE LOGISTICS HOLDINGS, INC.;
CAPSTONE LOGISTICS, LLC; PINNACLE
WORKFORCE LOGISTICS, L.L.C.,

                      Plaintiffs,

    -against-

PEDRO NAVARRETE; DAVID POFFENBERGER;
STEVEN WILLIS; MARIO ROJAS; HUMANO, LLC,

                      Defendants.

------------------------------------- x

ORDER

17 Civ. 4819 (GBD) (BCM)

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: FEB 10 2021*

GEORGE B. DANIELS, District Judge:

The Court accepts the Declaration of Theodore Townsend, filed at ECF No. 500-1. Defendants' deadline to oppose Plaintiffs' Motion for Terminating Sanctions, (EFC No. 494), is moved to February 19, 2021. Defendants' reply is due by February 26, 2021.

The Court will still hear oral argument on the motion on March 11, 2021 at 10:00 a.m.

Dated: February 10, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE