**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CAPSTONE LOGISTICS HOLDINGS, INC.;
CAPSTONE LOGISTICS, LLC; PINNACLE
WORKFORCE LOGISTICS, L.L.C.,

                          Plaintiffs,

    -against-

PEDRO NAVARRETE; DAVID POFFENBERGER;
STEVEN WILLIS; MARIO ROJAS; HUMANO, LLC,

                         Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 1 2021

ORDER

17 Civ. 4819 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at the March 11, 2021 oral argument, Plaintiff's motion for terminating sanctions, (ECF No. 494), is DENIED without prejudice. The Clerk of Court is directed to close the motion at ECF No. 494.

Dated: March 11, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE