

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPSTONE LOGISTICS HOLDINGS,
INC., et al.,

              Plaintiffs,

    -against-

PEDRO NAVARRETE, et al.,

             Defendants.

17-CV-4819 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, plaintiffs' application for an order reopening discovery and compelling production of documents concerning defendant humano's earnings from non-party Bradshaw International is DENIED.

Dated: New York, New York
       April 12, 2021

                                      **SO ORDERED**.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**