USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 14 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X

CAPSTONE LOGISTICS HOLDINGS, INC.;      :
CAPSTONE LOGISTICS, LLC; PINNACLE       :
WORKFORCE LOGISTICS, L.L.C.,            :

                          Plaintiffs,      :

      -against-                               :

PEDRO NAVARRETE; DAVID POFFENBERGER;    :
STEVEN WILLIS; MARIO ROJAS; HUMANO, LLC, :

                        Defendants.      :

------------------------------------ X

ORDER

17 Civ. 4819 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

In light of this Court having been advised that the parties have reached agreement on all issues, the above-captioned matter is stayed. The pretrial conference scheduled for September 23, 2021 and bench trial scheduled for October 18, 2021 are cancelled. All open pre-trial motions are dismissed without prejudice. This Court will retain jurisdiction to effectuate and enforce the terms of the parties' settlement.

Dated: September 14, 2021
      New York, New York

                                  SO ORDERED.

                                  George B. Daniels

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE