Case 1:17-cv-04819-GBD-BCM   Document 592   Filed 09/15/22   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
CAPSTONE LOGISTICS HOLDINGS, INC.,                  :
CAPSTONE LOGISTICS, LLC, and PINNACLE               :
WORKFORCE LOGISTICS, L.L.C.,                        :    Civil Action No. 17-cv-4819
                                                    :
                    Plaintiffs,                     :    **STIPULATION OF**
          - against -                               :    **SETTLEMENT AND DISMISSAL**
                                                    :
PEDRO NAVARRETE, DAVID                              :
POFFENBERGER, STEVEN WILLIS, MARIO                  :
ROJAS, and HUMANO, LLC,                             :
                                                    :
                    Defendants.                     :
                                                    :
------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Capstone

Logistics Holdings, Inc., Capstone Logistics, LLC and Pinnacle Workforce Logistics, L.L.C. and

defendants Pedro Navarrete, David Poffenberger, Steven Willis, Mario Rojas, and Humano,

LLC, through their respective counsel that:

     1.     An agreement denominated "Settlement and Mutual Release Agreement" (the

"Settlement Agreement") has been reached between the parties in settlement of this action; and

     2.     This court, by the undersigned Hon. George B. Daniels, U.S.D.J., shall maintain

jurisdiction for purposes of any disputes arising out of compliance with the parties' respective

obligations under the parties' Settlement Agreement; and/or any action to enforce the terms of

the Settlement Agreement, and the Court's March 4, 2021 Permanent Injunction.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action is

hereby dismissed with prejudice and without costs or attorneys' fees to either party as against the

other.

1

Case 1:17-cv-04819-GBD-BCM   Document 592   Filed 09/15/22   Page 2 of 2

SEYFARTH SHAW LLP

By: /s/ James S. Yu
         James S. Yu, Esq.
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500

Attorneys for Plaintiffs Capstone Logistics
Holdings, Inc., Capstone Logistics, LLC, and
Pinnacle Workforce Solutions, LLC

Dated:  September 15, 2022

FERBER LAW

By: /s/ Michelle Ferber
         Michelle Ferber, Esq.
         (*pro hac vice*)
2603 Camino Ramon, Suite 385
San Ramon, CA 94583
(925) 355-9800

Attorneys for Defendants Pedro Navarrete,
David Poffenberger, Stephen Willis, Mario
Rojas, and Humano LLC

Dated:  September 15, 2022


And the Court having considered the foregoing stipulations of the parties, and good cause

having been shown;

SO ORDERED this _19_ day of _September_ 2022

_____

HON. GEORGE B. DANIELS, U.S.D.J.